UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA

        Plaintiff,

        v.                      Case No. 13-CR-121

RICHARD E. JUNGEN,
ELAINE E. JUNGEN, a/k/a, ELAINE E. JAEGER,
JEROME J. POEHNELT, and
DAVID G. CHAPMAN,

        Defendants.
_____

## RESTRAINING ORDER
_____

Upon consideration of the United States of America's stipulated application for a post-indictment restraining order, under 21 U.S.C. 853(e)(1)(A), to preserve the availability for forfeiture of three annuity accounts held in the names of defendants Richard E. Jungen, Elaine E. Jungen-Jaeger, and Jerome J. Poehnelt, respectively, and

It appearing to the satisfaction of the Court that, on August 27, 2013, a grand jury returned a five-count superseding indictment against defendants Richard E. Jungen , Elaine E. Jungen-Jaeger, and Jerome J. Poehnelt, which charged them with three counts of wire fraud, in violation of 18, U.S.C. § 1343, for which offenses forfeiture may be ordered under 18 U.S.C., § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c); that there exists probable cause to enter the requested order in view of the unexecuted seizure warrants that

Magistrate Judge William E. Callahan, Jr., has already issued as to these accounts upon the affidavit of FBI Special Agent Ryan Austin; and that defendants Richard E. Jungen, Elaine E. Jungen-Jaeger, and Jerome J. Poehnelt, have stipulated to the entry of this order as to their respective annuities identified herein,

IT IS HEREBY ORDERED that the United States' stipulated application for a restraining order is GRANTED.

IT IS FURTHER ORDERED that defendants Richard E. Jungen, Elaine E. Jungen-Jaeger, and Jerome J. Poehnelt, and their agents and assigns are restrained, until further order of the Court, from selling, borrowing against, committing waste against, transferring, or otherwise impairing the value of their respective following accounts:

    a. account number ending in 22984, held in the name of Richard E. Jungen, at SunAmerica Annuity and Life Assurance Company (merged into American General Life Insurance Company);

    b. the annuity policy, account number ending in 22995, held in the name of Elaine E. Jaeger, at SunAmerica Annuity and Life Assurance Company (merged into American General Life Insurance Company); and

    c. the annuity policy, account number ending in 22624, held in the name of Jerome J. Poehnelt, at SunAmerica Annuity and Life Assurance Company (merged into American General Life Insurance Company).

So ordered at Milwaukee, Wisconsin, this 31st day of October 2013.

                          s/ Lynn Adelman
                          _____
                          LYNN ADELMAN
                          United States District Judge